UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY <br><br> PLAINTIFF <br><br> VS. <br><br> A TEMPORARY RIGHT TO ENTER UPON LAND IN SUMNER COUNTY, TENNESSEE and MARY KATHERINE LORANCE <br><br> DEFENDANT | NO. 3:09-CV-00845 |

## AGREED ORDER OF SUBSTITUTION

IT APPEARING to the Court, as evidenced by signature below that John R. Phillips, Jr. and Brandon R. Meredith should be allowed to withdraw as counsel for the Defendant. It further appearing that Defendant has retained Joe Harsh to represent her interests; therefore,

IT IS ORDERED, ADJUDGED AND DECREED that John R. Phillips, Jr. and Brandon R. Meredith are hereby relieved as counsel for the Defendant in this cause and are relieved of all responsibility in this action.

IT IS ORDERED, ADJUDGED AND DECREED that Joe Harsh, Attorney at Law, duly licensed to practice in the State of Tennessee, is hereby substituted as counsel for the Defendant, MARY KATHERINE LORANCE.

ENTERED this the **15th** day of October, 2010.

SENIOR U.S. DISTRICT JUDGE

1

```
                                        _____
                                                              JUDGE
```

APPROVED FOR ENTRY:

HARSH & HARSH
ATTORNEYS FOR DEFENDANT


BY: s/Joe Harsh
    JOE HARSH (16130)
    123 Public Square
    Gallatin, TN 37066
    (615) 452-4611
    (615) 452-4372 (Fax)

cihaustin56@live.com


BY: s/John R. Phillips, Jr.
    JOHN R. PHILLIPS, JR. (4634)
    BRANDON R. MEREDITH (26481)
    117 E. Main Street
    Gallatin, TN  37066
    (615) 452-8030
    (615) 452-3863 (Fax)


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

    Philip J. Pfeifer
    Office of the General Counsel
    Tennessee Valley Authority
    400 West Summit Hill Drive
    Knoxville, TN 37902-1401
    E-mail: pjpfeifer@tva.gov


                                        s/Joe Harsh