UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No. 3:09-cv-00845
Judge Wiseman

A TEMPORARY RIGHT TO ENTER
UPON LAND IN SUMNER COUNTY,
TENNESSEE, and
MARY KATHERINE LORANCE,
Defendants.

## JUDGMENT AND ORDER DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and the Defendant have consented to entry of this Judgment and Order Disbursing Funds (Judgment) through their attorneys, under the terms hereinafter provided.

It is, therefore, Ordered and Adjudged that:

1. The temporary right to enter herein condemned expired on April 1, 2011, the date that the permanent easement was acquired on the subject property. *See United States of America ex rel. TVA v. An Easement and Right-of-Way, Etc.*, Civil Action No. 3:11-cv-00311 (M.D. Tenn.) (Doc. 2).

2. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to Mary Katherine Lorance in full satisfaction of this Judgment, and to mail said check to Joe D. Harsh, Esq., Harsh & Harsh, 123 Public Square, Gallatin, Tennessee 37066.

1

3. The Clerk of this Court shall furnish to the Plaintiff a certified copy of this Judgment. This case is closed.

It is so ORDERED.

_____
United States District Judge

We hereby approve and consent
to the entry of this Judgment:

*s/Thomas A. Robins*  
Thomas A. Robins (TN BPR 021228)  
Tennessee Valley Authority  
Office of the General Counsel  
400 West Summit Hill Drive  
Knoxville, Tennessee 37902-1401  
Telephone   865.632.7876  
Facsimile   865.632.2422  
Email   tarobins@tva.gov  

Attorney for Plaintiff

003881704

*s/Joseph D. Harsh* (by permission)  
Joseph D. Harsh (TN BPR 16130)  
Harsh & Harsh  
123 Public Square  
Gallatin, Tennessee 37066  
Telephone   615.452.4611  
Facsimile   615.452.4372  
Emailcihaustin56@live.com  

Attorney for Defendant